**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BENNIE LARRY HAYES, 825298,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 3:04-CV-2582-D |
| | ) | |
| **DOUGLAS DRETKE, Director, TDCJ-CID,** | ) | |
| Respondent. | ) | |

## ORDER

After conducting a *de novo* review, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED**.

May 17, 2006.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE